| Fill in this information to identify your case: |
|---|

United States Bankruptcy Court for the:

EASTERN DISTRICT OF KENTUCKY

Case number *(if known)* _____  Chapter  **11**

☐ Check if this an amended filing

Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy 06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  
RX Discount Pharmacy, Inc.

**2. All other names debtor used in the last 8 years**  
Include any assumed names, trade names and *doing business as* names  
DBA  R / X Discount Pharmacy #18  
DBA  Scrub World of Lexington  
DBA  Quality Care Medical Equipment and Scrub  
DBA  Sam's Hot Dog Stand, Hazard

**3. Debtor's federal Employer Identification Number** (EIN)  
61-1274246

**4. Debtor's address**

Principal place of business

500 Morton Blvd.
Hazard, KY 41701
Number, Street, City, State & ZIP Code

Perry
County

Mailing address, if different from principal place of business

P O Box 1569
Hazard, KY 41702
P.O. Box, Number, Street, City, State & ZIP Code

Location of principal assets, if different from principal place of business

_____
Number, Street, City, State & ZIP Code

**5. Debtor's website** (URL) _____

**6. Type of debtor**  
■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  
☐ Partnership (excluding LLP)  
☐ Other. Specify: _____

Debtor **RX Discount Pharmacy, Inc.**_____  Case number (*if known*)_____
    Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

    **6110**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. Check **all** *that apply*:

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| | _____ | _____ | _____ |
| | _____ | _____ | _____ |

Debtor　**RX Discount Pharmacy, Inc.**　　　　Case number (*if known*)
　　　Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
■ Yes.

List all cases. If more than 1, attach a separate list

Debtor　**RX Discount Pharmacy of Harlan County, Inc.**　Relationship　**Affiliate**

District　**Eastern District of Kentucky**　When　**5/01/24**　Case number, if known

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.　Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
　What is the hazard?

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?**
　　Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.　Insurance agency
　　　　　Contact name
　　　　　Phone

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**　.　*Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
■ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

■ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

Official Form 201　　**Voluntary Petition for Non-Individuals Filing for Bankruptcy**　　page 3

Debtor  **RX Discount Pharmacy, Inc.**_____   Case number (*if known*)_____
      Name

**16. Estimated liabilities**
- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☒ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

| Debtor | **RX Discount Pharmacy, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **May 1, 2024**
MM / DD / YYYY

**X /s/ Richard K. Slone**  **Richard K. Slone**
Signature of authorized representative of debtor  Printed name

Title  **President**

**18. Signature of attorney**

**X /s/ Dean A. Langdon**  Date  **May 1, 2024**
Signature of attorney for debtor  MM / DD / YYYY

**Dean A. Langdon**
Printed name

**DelCotto Law Group PLLC**
Firm name

**200 North Upper St.**
**Lexington, KY 40507**
Number, Street, City, State & ZIP Code

Contact phone  **(859) 231-5800**  Email address

**40104 KY**
Bar number and State

**Fill in this information to identify the case:**

Debtor name   **RX Discount Pharmacy, Inc.**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF KENTUCKY

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.**  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **May  1, 2024**      X **/s/ Richard K. Slone**
                                         Signature of individual signing on behalf of debtor

                                         **Richard K. Slone**
                                         Printed name

                                         **President**
                                         Position or relationship to debtor

Official Form 202         **Declaration Under Penalty of Perjury for Non-Individual Debtors**

| Fill in this information to identify the case: | | |
|---|---|---|
| Debtor name | RX Discount Pharmacy, Inc. | |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF KENTUCKY | ☐ Check if this is an amended filing |
| Case number (if known): | | |

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders                                                                                                                    12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim. If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| U.S. Small Business Administration 2 North Street, Suite 320 Birmingham, AL 35203 | | all personal property | | $500,000.00 | $0.00 | $500,000.00 |
| Cardinal Health 110, LLC 7000 Cardinal Place Dublin, OH 43017 | | | | $565,000.00 | $80,000.00 | $485,000.00 |
| QFS Capital, LLC 7901 4th St. N, Ste 13070 Saint Petersburg, FL 33702 | | all accounts | Disputed | $180,000.00 | $0.00 | $180,000.00 |
| Peoples Bank & Trust Co. of Hazard PO Box 989 Hazard, KY 41701 | | all personal property | | $174,777.85 | $0.00 | $174,777.85 |
| Kapitus, LLC 2500 Wilson Blvd, Suite 350 Arlington, VA 22201 | | All assets | Disputed | $165,000.00 | $0.00 | $165,000.00 |
| Community Trust Bank PO Box 2947 Pikeville, KY 41502 | | vehicles | | $144,000.00 | $0.00 | $144,000.00 |
| Wells Fargo PO Box 51174 Los Angeles, CA 90051-5474 | | line of credit | | | | $124,030.44 |
| E Advance Services, LLC 370 Lexington Ave., Ste. 801 New York, NY 10017 | | All assets | Disputed | $116,000.00 | $0.00 | $116,000.00 |

| Debtor | RX Discount Pharmacy, Inc. | | Case number *(if known)* | | | |
|---|---|---|---|---|---|---|
| | Name | | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Thriveway Funding Group LLC<br>1926 New York Ave<br>Brooklyn, NY 11210 | | future receivables | Disputed | $107,000.00 | $0.00 | $107,000.00 |
| United First, LLC<br>2999 NE 191st Street<br>Unite 901<br>Miami, FL 33180 | | future receipts | Disputed | $105,000.00 | $0.00 | $105,000.00 |
| CapyBara Capital<br>c/o Ian Davis Hucul, Esq.<br>6501 Congress Ave., Ste 340<br>Boca Raton, FL 33487 | | | Disputed | $102,979.00 | $0.00 | $102,979.00 |
| Pinnacle Advances Corp.<br>399 Whalley Ave<br>New Haven, CT 06511 | | $111,750.00 | Disputed | $99,000.00 | $0.00 | $99,000.00 |
| Mr. Advance<br>35-12 19th Ave., Ste 3W<br>Astoria, NY 11105 | | future receivables | Disputed | $98,000.00 | $0.00 | $98,000.00 |
| Expert Funding<br>500 W Rambling Dr.<br>Wellington, FL 33414 | | A/R | Disputed | $70,000.00 | $0.00 | $70,000.00 |
| Bank of America<br>PO Box 660441<br>Dallas, TX 75266-0441 | | credit card | | | | $64,890.70 |
| Chase<br>PO Box 1423<br>Charlotte, NC 28201-1423 | | credit card | | | | $56,033.93 |
| Chase<br>PO Box 6026<br>Chicago, IL 60680 | | credit card | | | | $54,231.75 |
| Mercury Funding, LLC<br>60 Park Avenue<br>Lakewood, NJ 08701 | | receivables | Disputed | $52,000.00 | $0.00 | $52,000.00 |
| Forest Capital Group, LLC<br>2 University Plaza Dr., Ste 211<br>Hackensack, NJ 07601 | | future receivables | Disputed | $50,000.00 | $0.00 | $50,000.00 |

| Debtor | **RX Discount Pharmacy, Inc.** | | | Case number *(if known)* | | |
|---|---|---|---|---|---|---|
| | Name | | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **On Deck Capital, Inc.**<br>**4700 W. Daybreak Pkwy., Ste. 200**<br>**South Jordan, UT 84009** | | **All assets - MCA loan** | **Disputed** | **$40,000.00** | **$0.00** | **$40,000.00** |

# United States Bankruptcy Court
## Eastern District of Kentucky

In re **RX Discount Pharmacy, Inc.**  
Debtor(s)

Case No.  
Chapter **11**

# VERIFICATION OF MAILING LIST MATRIX

I, the President of the corporation named as the petitioner(s) in the above-styled bankruptcy action, declare under penalty of perjury that the attached mailing list matrix of creditors and other parties in interest consisting of **9** page(s) is true and correct and complete, to the best of my (our) knowledge.

Date: **May 1, 2024**

**/s/ Richard K. Slone**  
**Richard K. Slone**/President  
Signer/Title

I, **Dean A. Langdon**, counsel for the petitioner(s) in the above-styled bankruptcy action, declare that the attached Master Address List consisting of **9** page(s) has been verified by comparison to Schedules D through H to be complete, to the best of my knowledge. I further declare that the attached Master Address List can be relied upon by the Clerk of Court to provide notice to all creditors and parties in interest as related to me by the debtor(s) in the above-styled bankruptcy action until such time as any amendments may be made.

Date: **May 1, 2024**

**/s/ Dean A. Langdon**  
Signature of Attorney  
**Dean A. Langdon**  
**DelCotto Law Group PLLC**  
**200 North Upper St.**  
**Lexington, KY 40507**  
**(859) 231-5800   Fax: (859) 281-1179**

```
2171 Christian Road, LLC
2151 Christian Road
Lexington KY 40509


Aflac
1932 Wynnton Rd
Columbus GA 31999


American Breast Care
2140 Newmarket Pkwy SE Ste 122
Marietta GA 30067-8766


Anodyne
550 S 2nd St
Milwaukee WI 53207


Anthem Blue Cross Blue Shield
PO Box 659801
San Antonio TX 78265-9101


Bank of America
PO Box 660441
Dallas TX 75266-0441


Barco Uniforms
350 W. Rosecrans Ave
Gardena CA 90248


Berkovitch & Bouskila PLLC
Attn: Alice Kiefer
1545 Route 202, Suite 101
Pomona NY 10970


Bluegrass Pest Control
424 E Main St
Hazard KY 41701


Capital Wholesale Drug Co.
873 Williams Ave
Columbus OH 43212


CapyBara Capital
c/o Ian Davis Hucul, Esq.
6501 Congress Ave., Ste 340
Boca Raton FL 33487
```

```
Cardinal Health 110, LLC
Cardinal Health 112, LLC
7000 Cardinal Place
Dublin OH 43017


Careismatic Brands
PO Box 103289
Pasadena CA 91189-3289


Casey's Foods, Inc.
PO Box 1149
Hindman KY 41822


Chaney Enterprises
c/o George Chaney
306 Morton Blvd
Hazard KY 41701


Chase
PO Box 1423
Charlotte NC 28201-1423


Chase
PO Box 6026
Chicago IL 60680


CID Resources
PO Box 749640
Atlanta GA 30374-9640


City of Hazard
PO Box 420
Hazard KY 41702


Clay Discount Pharmacy
500 Morton Blvd.
Hazard KY 41701


Community Trust Bank
PO Box 2947
Pikeville KY 41502


Compass Health
PO Box 71591
Chicago IL 60694
```

```
CVS/Caremark
9501 East Shea Blvd
Scottsdale AZ 85260


DJO Shoes
PO Box 650777
Dallas TX 75265-0777


Drive Medical
29427 Network Place
Chicago IL 60673-1294


E Advance Services, LLC
c/o RTR Recovery LLC
370 Lexington Ave, Ste 801
New York NY 10017


Expert Funding
500 W Rambling Dr.
Wellington FL 33414


Forest Capital Group, LLC
2 University Plaza Dr., Ste 211
Hackensack NJ 07601


Funders App, LLC
3323 NE 163rd St, Ste 401
North Miami Beach FL 33160


Funding Metrics, LLC dba Lendini
3220 Tillman Dr., Ste 200
Bensalem PA 19020


Independent Pharmacy Distributors
PO Box 933166
Cleveland OH 44193


Internal Revenue Service
P.O. Box 7346
Philadelphia PA 19101-7346


IPD
1107 W. Market Center Driv
High Point NC 27260
```

```
Kansas City Life
PO Box 219846
Kansas City MO 64121-9846


Kapitus, LLC
2500 Wilson Blvd, Suite 350
Arlington VA 22201


Kentucky American Water
PO Box 6029
Carol Stream IL 60197-6029


Kentucky Power
PO Box 24401
Canton OH 44701-4401


Kentucky River Community Care, Inc.
178 Community Way
PO Box 794
Jackson KY 41339


Kentucky Utilities
PO Box 771670
Saint Louis MO 63177-1670


KY Dept. of Revenue
Legal Branch - Bankruptcy Section
P. O. Box 5222
Frankfort KY 40602


Landau
Dept. 5847
PO Box 11407
Birmingham AL 35246-5847


Letco Medical
Dept CH 18188
Palatine IL 60055-8188


Lex Serv Water
218 E Main St
Lexington KY 40507
```

Medline
Dept Ch 14400
Palatine IL 60055-4400


Memorial Hospital, Inc.
dba Adventhealth Manchester
ATTN: Chief Financial Officer
210 Marie Langdon Drive
Manchester KY 40962


Mercury Funding, LLC
60 Park Avenue
Lakewood NJ 08701


Mr. Advance
35-12 19th Ave., Ste 3W
Astoria NY 11105


New York Life
PO Box 6916
Cleveland OH 44101


Office Depot
PO Box 633301
Cincinnati OH 45263-3301


On Deck Capital, Inc.
4700 W. Daybreak Pkwy., Ste. 200
South Jordan UT 84009


Orthofeet
240 Pegasus Ave
Northvale NJ 07647


Outside the Box
PO Box 1299
Angier NC 27501


PCCA
P.O. Box 734687
Dallas TX 75373


Peoples Bank & Trust Co. of Hazard
PO Box 989
Hazard KY 41701

```
Pharmacist's Mutual
PO Box 370
Algona IA 50511-9988


Pinnacle Advances Corp.
399 Whalley Ave
New Haven CT 06511


Pitney Bowes
P.O. Box 981026
Boston MA 02298


Prestige Medical
8600 Wilbur Ave.
Northridge CA 91324-4499


Prometheus Properties, LLC
dba Tiverton Center
669 Winterhill Drive
Lexington KY 40509


Promethius Properties, LLC
c/o Tiverton Center
669 Winterhill Lane
Lexington KY 40509


QFS Capital, LLC
7901 4th St. N, Ste 13070
Saint Petersburg FL 33702


Quality Care Medical Equipment & Scrubs
132 Grand Vue Plaza
Hazard KY 41701


Richard Slone
4736 Possum Trot Rd
Leburn KY 41831


Richie Pharmaceutical
P.O. Box 460
Glasgow KY 42142


Ridgeline Communications
PO Box 1569
Hazard KY 41702
```

```
RX Discount Pharmacy #18
132 Grand Vue Plaza
Hazard KY 41701


RX Discount Pharmacy of Harlan Co.
306 Morton Blvd.
Hazard KY 41701


RX Discount Pharmacy of Harlan Co.
500 Morton Blvd.
Hazard KY 41701


RX Discount Pharmacy of Hazard
PO Box 7157
Hazard KY 41702


RX Discount Pharmacy of Hazard
PO Box 1569
Hazard KY 41702


Samuels Products
9851 Redhill Drive
Cincinnati OH 45242


Scrub World
152 W Tiverton Way #150
Lexington KY 40503


Slone, Richard and Zena
4736 Possum Trot Rd
Leburn KY 41831


Sofft Shoes
PO Box 26802
New York NY 10087-6802


Son Shine Health and Wellness Center
305 Morton Blvd
Hazard KY 41701


SunRX
P.O. Box 51138
Los Angeles CA 90051
```

Thriveway Funding Group LLC
1926 New York Ave
Brooklyn NY 11210


Truist
PO Box 580340
Charlotte NC 28208


U.S. Small Business Administration
2 North Street, Suite 320
Birmingham AL 35203


United First, LLC
2999 NE 191st Street
Unite 901
Miami FL 33180


United First, LLC
c/o Global Funding Experts
27-01 Queens Plaza N, Ste 802
Long Island City NY 11101


Waystar
1311 Solutions Center
Chicago IL 60677-1311


Wells Fargo
PO Box 51174
Los Angeles CA 90051-5474


White Swan
Encompass Group, LLC
PO Box 2153
Birmingham AL 35287-9346


Windstream
Kinetic Business
PO Box 9001908
Louisville KY 40290


WKCB
PO Box 864
Hindman KY 41822

```
Zavate Apparel
2600 E Southlake Blvd
Southlake TX 76092
```